IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY R. PRINCE REVOCABLE TRUST; GARY R. PRINCE TRUSTEE; GARY PRINCE; CHRISTOPHER CAMPBELL; WILLIAM LISTON; and DIANE L. LISTON <br><br> v. <br><br> CHRIS BLACKWELL, personally and d/b/a Blackwell Construction; WILLIAM BLACKWELL; DBS & ASSOCIATES OF CLARKSVILLE, INC. | No. 3-09-0475 |

O R D E R

On June 1, 2010, the plaintiffs filed a motion for partial summary judgment against defendants Chris Blackwell and William Blackwell (Docket Entry No. 29).

In accord with the order entered March 19, 2010 (Docket Entry No. 22), the Blackwell defendants shall have until June 22, 2010, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by July 6, 2010, if the response is filed on June 22, 2010.

No other filings in support of or in opposition to the plaintiffs' motion for partial summary judgment shall be made except with the express permission of the Honorable Robert L. Echols.

The Clerk is directed to forward the file in this case to Judge Echols for his consideration of the plaintiffs' motion for partial summary judgment and accompanying filings (Docket Entry Nos. 29-31), the response to be filed by June 22, 2010, and any reply, if necessary, to be filed no later than July 6, 2010.[1]

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The deadline for filing dispositive motions is June 7, 2010, so additional dispositive motions may be filed.