DENIED.

*[signature: Thomas A. Shriver Jr.]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GARY R. PRINCE REVOCABLE TRUST, GARY R. PRINCE TRUSTEE, GARY PRINCE, CHRISTOPHER CAMPBELL, and WILLIAM LISTON and wife DIANA L. LISTON, <br><br>Plaintiffs, <br><br>vs. <br><br>CHRIS BLACKWELL, personally and d/b/a BLACKWELL CONSTRUCTION and WILLIAM BLACKWELL and DBS & ASSOCIATES OF CLARKSVILLE, INC., <br><br>Defendants. | File No.: 3:09-cv-00475 <br><br>District Judge: Robert C. Echols <br>Magistrate Judge: Juliet Griffin |

### BLACKWELL DEFENDANTS' MOTION ENTER ORDER GRANTING THEIR MOTION FOR REVIEW IN ABSENCE OF TIMELY OPPOSITION

Come now the Defendants, CHRIS BLACKWELL, personally and d/b/a BLACKWELL CONSTRUCTION and WILLIAM BLACKWELL, and move this Court to enter an Order granting their previously filed Motion for Review of the Order granting Plaintiffs' Motion to Amend pursuant to Rule 72 of the Federal Rules of Civil Procedure and Rule 72.02(b)(1) of the Local Rules.

1. These Defendants timely filed a Motion for Review and Memorandum of Law in support of their Motion for Review of the Magistrate Judge's Order granting Plaintiffs' Motion to Amend their Complaint on June 15, 2010. These Defendants' Motion for Review and accompanying Memorandum of Law affirmatively setting forth reasons legally supporting the Motion for Review and objecting to the Order granting Plaintiffs' Motion to Amend their Complaint.