**GRANTED.** *[signature: Thomas A. Thiemann Jr.]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GARY R. PRINCE REVOCABLE TRUST, ) <br> GARY R. PRINCE TRUSTEE, GARY PRINCE, ) <br> CHRISTOPHER CAMPBELL, and ) <br> WILLIAM LISTON and wife DIANA L. LISTON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> CHRIS BLACKWELL, personally and d/b/a ) <br> BLACKWELL CONSTRUCTION and ) <br> WILLIAM BLACKWELL and ) <br> DBS & ASSOCIATES OF CLARKSVILLE, INC., ) <br> ) <br> Defendants. ) | File No.: <u>3:09-cv-00475</u> <br><br> District Judge: Robert C. Echols <br> Magistrate Judge: Juliet Griffin |

### MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO BLACKWELL DEFENDANTS' MOTION FOR REVIEW

Come now the Defendants, CHRIS BLACKWELL, personally and d/b/a BLACKWELL CONSTRUCTION and WILLIAM BLACKWELL, by and through counsel, and pursuant to Local Rule 7.01(b) respectfully move this Honorable Court for leave to file a Reply to Plaintiffs' Response to their Motion for Review.

Blackwell Defendants' Reply is attached and affixed hereto as **Exhibit A**.