IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY R. PRINCE REVOCABLE TRUST; GARY R. PRINCE TRUSTEE; GARY PRINCE; CHRISTOPHER CAMPBELL; WILLIAM LISTON; and DIANE L. LISTON | No. 3-09-0475 |
| v. | |
| CHRIS BLACKWELL, personally and d/b/a Blackwell Construction; WILLIAM BLACKWELL; DBS & ASSOCIATES ENGINEERING OF CLARKSVILLE, INC.[1] | |

O R D E R

Counsel for the parties shall convene a telephone conference call with the Court on **Monday, August 23, 2010, at 1:00 p.m.,** to be initiated by counsel for the plaintiff, to address whether Mr. Neely's deposition has been rescheduled, whether the defendants will disclose an additional expert(s), and, if so, to set a deadline for taking that expert's deposition(s), to reschedule the trial in March or April of 2011, and any other appropriate matters.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered July 22, 2009 (Docket Entry No. 16), DBS & Associates Engineering of Clarksville, Inc. was substituted for DBS & Associates of Clarksville, Inc., originally named as a defendant in this case.