UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY R. PRINCE REVOCABLE TRUST, GARY R. PRINCE TRUSTEE, GARY PRINCE, CHRISTOPHER CAMPBELL, WILLIAM LISTON and wife DIANA L. LISTON, <br><br>    Plaintiffs, <br><br>v. <br><br>CHRIS BLACKWELL PERSONALLY and D/B/A BLACKWELL CONSTRUCTION, WILLIAM BLACKWELL and DBS & ASSOCIATES OF CLARKSVILLE, INC., <br><br>    Defendants. | No. 3:09-0475 <br> Judge Wiseman |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court rules as follows:

(1) The Motion for Partial Summary Judgment (Docket Entry No. 29) filed by Plaintiffs Gary R. Prince Revocable Trust, Gary R. Prince Trustee, Gary Prince, Christopher Campbell, William Liston and Diana L. Liston (Docket Entry No. 29) is hereby DENIED;

(2) The Motion for Summary Judgment filed by Defendants DBS & Associates of Clarksville, Inc. (Docket Entry No. 37) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to all of Plaintiffs' claims regarding the Tower Drive, Stephanie Drive, and Ringgold Court properties, but DENIED with respect to Plaintiffs' Tennessee Consumer Protection Act and professional negligence claims regarding the Cory Drive property; and

(3) The Motion for Summary Judgment filed by Defendants Chris Blackwell, personally and

1

d/b/a Blackwell Construction, and William Blackwell (Docket Entry No. 45) is hereby DENIED.

It is SO ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior United States District Judge

2