ORDER: motion granted. Plaintiff Gary Prince o**N**LY shall appear in person. The remaining plaintiffs shall be available by telephone.

John Bryant, USMJ

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| GARY R. PRINCE REVOCABLE TRUST, GARY R. PRINCE TRUSTEE, GARY PRINCE, CHRISTOPHER CAMPBELL, and WILLIAM LISTON and wife DIANA L. LISTON<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS BLACKWELL PERSONALLY and D/B/A BLACKWELL CONSTRUCTION and WILLIAM BLACKWELL and DBS & ASSOCIATES OF CLARKSVILLE, INC.<br><br>Defendants. | No. 3:09-0475<br><br>Judge Echols<br><br>Magistrate Judge Griffin |

## MOTION TO PERMIT TELEPHONIC APPEARANCE

COME NOW the aforedescribed Plaintiffs, by and through their undersigned counsel, and hereby respectfully request permission to appear telephonically at the Settlement Conference scheduled for October 13, 2010. As grounds for this motion, Plaintiffs respectfully submit that they each reside in California and thus mid-week travel for appearance in person will be unduly expensive and cumbersome. Plaintiffs will be available all day via telephone to participate in the settlement conference, and will be represented in person by counsel. Plaintiffs will participate in good faith as if they were present in person. Alternatively, if the Court desires a personal presence, Plaintiffs request that only Gary Prince be required to appear personally, as representative of all Plaintiffs for purposes of settlement; the remaining Plaintiffs would likewise remain available via telephone.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs request that they be permitted to appear telephonically at the Settlement Conference, or, alternatively, that they be permitted to