UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GARY R. PRINCE REVOCABLE TRUST, )
et al.,                         )
                                )
        Plaintiffs,             )
                                )
            v.                  )   NO.  3:09-0475
                                )   Judge Wiseman/Griffin
CHRIS BLACKWELL, personally and )
d/b/a Blackwell Construction,   )
et al.,                         )
                                )
        Defendants.             )

### **O R D E R**

The undersigned Magistrate Judge conducted a settlement conference with the parties on October 13, 2010. The parties and their representatives met, negotiated in good faith, and agreed to a compromise settlement of all claims against defendant DBS & Associates Engineering of Clarksville, Inc. The parties did not agree to a settlement of the plaintiffs' claims against the defendants Blackwell doing business as Blackwell Construction.

Plaintiffs and defendant DBS & Associates Engineering shall file a stipulation and proposed order of dismissal upon consummation of their settlement and, in any event, by **November 10, 2010.**

The Clerk is directed to return this file to the District Judge.

It is so **ORDERED**.

                                s/ John S. Bryant
                                JOHN S. BRYANT
                                United States Magistrate Judge