UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GARY R. PRINCE REVOCABLE TRUST, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | NO. 3:09-0475 Judge Wiseman/Griffin |
| CHRIS BLACKWELL, personally and d/b/a Blackwell Construction, et al., | ) ) ) ) | |
| Defendants. | ) | |

### O R D E R

After the October 13, 2010, settlement conference conducted by the undersigned Magistrate Judge with the parties, an order was entered which directed the Clerk to return the file to the District Judge (Docket Entry No. 91). That order is **MODIFIED** to state that the Clerk shall return the file to Magistrate Judge Griffin for further management of the case.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge