IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY R. PRINCE REVOCABLE TRUST; GARY R. PRINCE TRUSTEE; GARY PRINCE; CHRISTOPHER CAMPBELL; WILLIAM LISTON; and DIANE L. LISTON<br><br>v.<br><br>CHRIS BLACKWELL, personally and d/b/a Blackwell Construction; WILLIAM BLACKWELL; DBS & ASSOCIATES ENGINEERING OF CLARKSVILLE, INC.[1] | No. 3-09-0475 |

O R D E R

On October 13, 2010, the parties participated in a settlement conference before Magistrate Judge Bryant, at which time the plaintiffs and defendant DBS & Associates Engineering of Clarksville, Inc. ("DBS") were able to reach a settlement but the plaintiffs and defendants Chris and William Blackwell were not able to reach a settlement.

It was the Court's understanding that counsel would appear before the undersigned immediately after the conclusion of the settlement conference, in accord with the order entered August 26, 2010 (Docket Entry No. 86), to address the further progression of the case in accord with the scheduling deadlines provided in that order.

Since counsel were unable to do so, a telephone conference call is scheduled with counsel for the parties and the Court on **Tuesday, October 26, 2010, at 10:00 a.m.,** to be initiated by plaintiffs' counsel, to address the further progression of the case in light of the rescheduled trial date and the deadlines provided in the August 26, 2010, order.

---

[1] By order entered July 22, 2009 (Docket Entry No. 16), DBS & Associates Engineering of Clarksville, Inc. was substituted for DBS & Associates of Clarksville, Inc., originally named as a defendant in this case.

Counsel for defendant DBS is not obligated to participate in the conference call, but, if he wants to participate, he shall so notify plaintiffs' counsel.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

2