IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY R. PRINCE REVOCABLE TRUST, GARY R. PRINCE TRUSTEE, GARY PRINCE, CHRISTOPHER CAMPBELL, and WILLIAM LISTON and wife DIANA L. LISTON,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRIS BLACKWELL, personally and d/b/a BLACKWELL CONSTRUCTION, WILLIAM BLACKWELL, and DBS & ASSOCIATES ENGINEERING OF CLARKSVILLE, INC.,<br><br>    Defendants. | Case No. 3:09-cv-0475<br>Judge Wiseman<br>Magistrate Judge Griffin |

**AGREED ORDER OF DISMISSAL AS TO DEFENDANT
DBS & ASSOCIATES ENGINEERING OF CLARKSVILLE, INC.**

It appearing to the Court, as evidenced by the signatures of counsel for the Plaintiffs and counsel for Defendant DBS & Associates Engineering of Clarksville, Inc., that all things in controversy existing by and between the Plaintiffs and DBS & Associates Engineering of Clarksville, Inc. have been compromised and settled and that the Plaintiffs' action against DBS & Associates Engineering of Clarksville, Inc. should be dismissed with prejudice to re-filing, it is accordingly

ORDERED, ADJUDGED and DECREED that the Plaintiffs' action against Defendant DBS & Associates Engineering of Clarksville, Inc. be and same is hereby dismissed with prejudice to re-filing. Each party shall be responsible for its own attorney's fees and discretionary costs.

   ENTERED this 17th day of November, 2010.

                                                         _____, Senior U.S. District Judge