IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY R. PRINCE REVOCABLE TRUST; GARY R. PRINCE TRUSTEE; GARY PRINCE; CHRISTOPHER CAMPBELL; WILLIAM LISTON; and DIANE L. LISTON<br><br>v.<br><br>CHRIS BLACKWELL, personally and d/b/a Blackwell Construction; WILLIAM BLACKWELL; DBS & ASSOCIATES ENGINEERING OF CLARKSVILLE, INC.[1] | No. 3-09-0475 |

O R D E R

All scheduling deadlines in this case have now passed.

Counsel for the parties shall convene a telephone conference call with the Court on **Friday, February 25, 2011, at 4:00 p.m.,** to be initiated by counsel for the Blackwell defendants, to address whether any potential for settlement remains[2] and whether there are any matters to be considered by the Magistrate Judge prior to the March 29, 2011, trial.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered July 22, 2009 (Docket Entry No. 16), DBS & Associates Engineering of Clarksville, Inc. ("DBS") was substituted for DBS & Associates of Clarksville, Inc., originally named as a defendant in this case. By order entered November 17, 2010 (Docket Entry No. 103), the plaintiffs' claims against defendant DBS were dismissed with prejudice.

[2] The parties participated in a settlement conference with Magistrate Judge Bryant on October 13, 2010.