IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GARY R. PRINCE REVOCABLE )
TRUST; GARY R. PRINCE TRUSTEE; )
GARY PRINCE; CHRISTOPHER ) No. 3-09-0475
CAMPBELL; WILLIAM LISTON; and )
DIANE L. LISTON )
)
v. )
)
CHRIS BLACKWELL, personally and )
d/b/a Blackwell Construction; WILLIAM )
BLACKWELL; DBS & ASSOCIATES )
ENGINEERING OF CLARKSVILLE, INC.[1] )

O R D E R

By Order entered February 22, 2011, Docket Entry No. 106, the Court scheduled a conference call for Friday, February 25, 2011, at 4:00 p.m.

A member of plaintiff's counsel staff telephoned the Court today to advised that Mr. Robertson was out of the country and would not be back in his office until March 1, 2011, and that counsel for the defendant did not oppose rescheduling the conference call.

It is therefore ORDERED that the parties shall convene a telephone conference call with the Court on **Tuesday, March 1, 2011, at 12:30 p.m.,** to be initiated by counsel for the Blackwell defendants, to address whether any potential for settlement remains[2] and whether there are any matters to be considered by the Magistrate Judge prior to the March 29, 2011, trial.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered July 22, 2009 (Docket Entry No. 16), DBS & Associates Engineering of Clarksville, Inc. ("DBS") was substituted for DBS & Associates of Clarksville, Inc., originally named as a defendant in this case. By order entered November 17, 2010 (Docket Entry No. 103), the plaintiffs' claims against defendant DBS were dismissed with prejudice.

[2] The parties participated in a settlement conference with Magistrate Judge Bryant on October 13, 2010.