IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GARY R. PRINCE REVOCABLE )
TRUST; GARY R. PRINCE TRUSTEE; )
GARY PRINCE; CHRISTOPHER ) No. 3-09-0475
CAMPBELL; WILLIAM LISTON; and )
DIANE L. LISTON )
 )
v. )
 )
CHRIS BLACKWELL, personally and )
d/b/a Blackwell Construction; WILLIAM )
BLACKWELL; DBS & ASSOCIATES )
ENGINEERING OF CLARKSVILLE, INC.[1] )

O R D E R

By order entered March 15, 2011 (Docket Entry No. 111), the plaintiff's motion to amend (Docket Entry No. 110) was granted and the case re-referred to the Magistrate Judge for new discovery deadlines and trial date.

A case management conference is scheduled on **Thursday, March 24, 2011, at 1:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN, to address scheduling deadlines for the remainder of the case, including the filing of the amended complaint, the response thereto, the remaining discovery, a proposed trial date, and any other appropriate matters.

If counsel for the parties agree, the conference may be held telephonically, to be initiated by defendants' counsel.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered July 22, 2009 (Docket Entry No. 16), DBS & Associates Engineering of Clarksville, Inc. ("DBS") was substituted for DBS & Associates of Clarksville, Inc., originally named as a defendant in this case. By order entered November 17, 2010 (Docket Entry No. 103), the plaintiffs' claims against defendant DBS were dismissed with prejudice.