IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GARY R. PRINCE REVOCABLE )
TRUST; GARY R. PRINCE TRUSTEE; )
GARY PRINCE; CHRISTOPHER ) No. 3-09-0475
CAMPBELL; WILLIAM LISTON; and )
DIANE L. LISTON )
 )
v. )
 )
CHRIS BLACKWELL, personally and )
d/b/a Blackwell Construction; WILLIAM )
BLACKWELL; DBS & ASSOCIATES )
ENGINEERING OF CLARKSVILLE, INC.[1] )

O R D E R

By order entered July 22, 2009 (Docket Entry No. 16), the Clerk was directed to substitute DBS Engineering of Clarksville, Inc. for defendant DBS & Associates of Clarksville, Inc. and to terminate DBS & Associates of Clarksville, Inc. as a defendant.

Therefore, the Clerk shall terminate DBS & Associates of Clarksville, Inc. as a defendant in this action.

Even though the plaintiffs listed DBS & Associates of Clarksville, Inc. as a defendant in their amended complaint (Docket Entry No. 114), the plaintiffs made it clear that they are asserting no claims against DBS & Associates of Clarksville, Inc., and DBS & Associates of Clarksville, Inc. should remain terminated as a defendant.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered July 22, 2009 (Docket Entry No. 16), DBS & Associates Engineering of Clarksville, Inc. ("DBS") was substituted for DBS & Associates of Clarksville, Inc., originally named as a defendant in this case. By order entered November 17, 2010 (Docket Entry No. 103), the plaintiffs' claims against defendant DBS were dismissed with prejudice.