IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY R. PRINCE REVOCABLE TRUST | ) ) ) Case No. 3:09-0475 |
| v. | ) JUDGE SHARP ) |
| CHARLES BLACKWELL, et al., | ) |

**O R D E R**

Pending before the Court is Defendants' Motion (Docket No. 133) seeking to reschedule the final pretrial conference set for March 12, 2012.

The Motion is GRANTED and the final pretrial conference is RESCHEDULED for Friday, March 16, 2012 at 2:30 p.m. 'The bench trial remains set for March 20, 2012.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE